PERRY J. FULLER and Another, as Executors, etc., of JENNIE G. BIDDULPH, Deceased, Plaintiffs, v. CLIFFORD B. BIRKBECK, Appellant, Impleaded with SOLOMON RILEY and Others, Respondents, and Others, Defendants. (Appeal No. 2.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements, if sufficient funds remain in the hands of the receiver, after compliance with the order on the accompanying appeal herein (*Fuller* v. *Birkbeck, No. 1, ante*, p. 880), to carry out the terms of this order. If not, the order must be reversed and the matter remitted for proper proceedings at Special Term. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MARIE SCULLY, an Infant, by Her Guardian ad Litem, THOMAS SCULLY, Respondent, v. LORD & TAYLOR, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE B. HARDIE and Another, Respondents, v. MANHATTAN MORTGAGE AND DEVELOPING CORPORATION and Others, Appellants, Impleaded with Others, Defendants.— Order modified as follows: By striking out of the paragraph numbered " 2 " thereof all after the words " in connection therewith." By striking out of the paragraph numbered " 3 " thereof all after the words " in connection," and inserting in place thereof the words " with said purchase." By striking out of the paragraph numbered " 4 " the words " the sale thereof to the Manhattan Mortgage Company," and " and sale and with the profits made thereon and who received them." By striking out of the paragraph following the one numbered " 4," the words " the checks given upon such purchases, and in division of the profits made thereon, the check books from which said checks were given and all memoranda in their custody showing the facts in connection with said properties." And by amending the last paragraph so as to read: " And it is further ordered that as to items 1 and the balance of item 5 set forth in the Notice of Motion, the motion is denied." And as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

MANHATTAN MORTGAGE COMPANY, Appellant, v. AUGUSTUS B. CARRINGTON and Another, Individually and as Directors, etc., of the Plaintiff, and as Copartners, etc., Respondents.— Order granting in part defendants' motion for examination before trial affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.